

# NEIL H. GREENBERG & ASSOCIATES, P.C.
## COUNSELORS AT LAW

**4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758**

NEIL H. GREENBERG, ESQ.
JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.

**MEMO ENDORSED**

PARALEGALS
ROSA COSCIA
FRANCIS PEÑA
CATALINA ROMAN

May 11, 2021

VIA: ECF filing

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted. The May 20, 2021 ICMC is hereby adjourned to June 22, 2021 at 3:00 pm. *See* ECF 6 for instructions. ECF 14 resolved. SO ORDERED.
>
> /s/ Ona T. Wang   May 17, 2021
> U.S.M.J.

RE: Ortega v. Lee Salon 25 Corp. et al.
21 CV 1844 (PAE)(OTW)

Dear Magistrate Judge Wang:

My office represents the Plaintiff in the above action. Kindly accept this correspondence as Plaintiff's request for an adjournment of the initial conference currently scheduled for May 20, 2021 at 11:00 a.m.

The reason for the request is twofold. First, I have a deposition confirmed for 10:00 a.m. that morning which I expect to last into the afternoon. Second, Defendants' answer is not due to be filed until May 14, 2021. Thus, the parties' counsel has not had an opportunity to meet and confer so that the Rule 26(f) report could be filed by May 13, 2021.

I have conferred with Defendants' counsel who has consented to the granting of this application. This is the first request for an adjournment of this conference and the parties are available either on June 11, 2021 or June 18, 2021 for an initial conference.

Thank you for your time and attention to this matter.

Yours truly,

Justin M. Reilly

cc: Daniel Miller, Esq. via ECF