UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSA BUENO ORTEGA,<br><br>          Plaintiff,<br>    -v-<br><br>LEE SALON 25 CORP. ET AL.,<br><br>          Defendants, | 21 Civ. 1844 (PAE) (OTW)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

  On November 30, 2022, Magistrate Judge Ona T. Wang approved as fair and reasonable the proposed settlement agreement between the parties, thus resolving all claims in this case. *See* Dkt. 59. Accordingly, the Court respectfully directs the Clerk of the Court to close the case.

  SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 7, 2022
    New York, New York